**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

CLUB FACTORAGE, LLC,                    )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )     CASE NO. CV417-064
                                        )
WOOD DUCK HIDING, LLC and               )
TIMOTHY M. PETRIKIN,                    )
                                        )
          Defendants.                   )
                                        )

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
8 16 2017 M
Deputy Clerk

### O R D E R

Before the Court is the Parties' Notice of Dismissal
With Prejudice. (Doc. 53.) Pursuant to Federal Rule of
Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed
pursuant to "a stipulation of dismissal signed by all
parties who have appeared." As requested by the parties,
this action is **DISMISSED WITH PREJUDICE**. The parties shall
each bear their own costs and fees. The Clerk of Court is
**DIRECTED** to close this case.

SO ORDERED this *16th* day of August 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA